LAW OFFICE OF DANIEL A. NARDONI
California Bar No. 94201
215 No. Marengo Avenue, Suite 328
Pasadena, CA 91101
Tel: (626) 578-9872
dan@nardonilaw.net

Attorney for Defendant,
DEANDRE DONTRELL WILSON (2)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DEANDRE DONTRELL WILSON,<br><br>   Defendant. | Case No. 2:24-CR-00621(A)-WLH-02<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR PREPARATION OF A PRE-PLEA PRESENTENCE REPORT LIMITED TO CRIMINAL HISTORY FOR DEFENDANT DEANDRE DONTRELL WILSON; DECLARATION OF DANIEL A. NARDONI** |

Defendant DEANDRE DONTRELL WILSON, by and through his attorney of record, Daniel A. Nardoni, hereby applies *ex parte* to this Court for an order directing the United States Probation Office to prepare a Pre-Plea Presentence Report limited to DEANDRE DONTRELL WILSON'S criminal history category. The government does not oppose the instant application.

This application is based on the attached declaration of Daniel A. Nardoni, the files and records in this case, and any additional evidence or argument that may be presented to the Court prior to ruling on this application. A proposed order has been filed concurrently with this

1

application.

Dated:  December 26, 2024        Respectfully submitted,

*Daniel A Nardoni  (e-signature)*
DANIEL A. NARDONI
Attorney for Defendant
DEANDRE DONTRELL WILSON

**DECLARATION OF DANIEL A. NARDONI**

I, Daniel A. Nardoni, declare as follows:

1. I am counsel for defendant CLAIRE PATRICIA HAVILAND in the case of <u>United States v. Deandre Dontrell Wilson, et al.</u>, Case No. 2:24-CR-00621(A)-MWF-02.

2. I hereby request the preparation of a Pre-Plea Presentence Report for Deandre Dontrell Wilson limited to his criminal history. Such a report will assist me in correctly determining Mr. Wilson's potential sentencing exposure and accurately advising him regarding his options in this case.

3. On December 26, 2024, I communicated with AUSA Danny Weiner regarding his position regarding the instant *ex parte* application. AUSA Danny Weiner advised that the Office of the U.S. Attorney has no objection to this *ex parte* request.

4. I have discussed the need for this request with Deandre Dontrell Wilson, and he consents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of December, 2024 at Pasadena, California.

*Daniel A Nardoni* (e-signature)
DANIEL A. NARDONI

3