# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>2) DEANDRE DONTRELL WILSON,<br><br>        Defendant. | Case No. CR 24-621(A)-MWF-02<br><br>ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR PREPARATION OF A PRE-PLEA PRESENTENCE REPORT |

The Court has reviewed Defendant Deandre Dontrell Wilson's Unopposed Ex Parte Application for Preparation of a Pre-Plea Presentence Report, filed December 26, 2024.  (Docket No. 119).  For good cause shown, IT IS HEREBY ORDERED that the United States Probation and Pretrial Services Office shall prepare a pre-plea report to determine Defendant's criminal history category.

**IT IS SO ORDERED.**

Dated:  December 27, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

cc:  USPPO

-1-