# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Ian V. Yanniello/Gregory W. Staples/Daniel H. Weiner*  
*Phone: (213) 894-3667/0813*  
*E-mail: ian.yanniello@usdoj.gov/greg.staples@usdoj.gov/*  
       *daniel.weiner@usdoj.gov*

*1400/1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

September 1, 2025

**VIA E-MAIL**

| | |
|---|---|
| Drew Findling<br>Marissa Goldberg<br>The Findling Law Firm PC<br>3575 Piedmont Road, NE, Tower 15<br>Suite 1010<br>Atlanta, GA 30305<br>Email: drew@findlinglawfirm.com<br>Email: marissa@findlinglawfirm.com<br><br>*Counsel for Durk Banks* | Tillett J. Mills, II<br>Law Office of Tillet J. Mills II PLLC<br>4101 Greenbriar, Suite 210<br>Houston, TX 77098<br>Email: tillet@tilletjmills.com<br><br><br><br><br>*Counsel for David Lindsey* |
| Jonathan M. Brayman<br>Breen and Pugh<br>53 W. Jackson Boulevard, Suite 1550<br>Chicago, IL 60604<br>Email: jbrayman@breenpughlaw.com<br><br>*Counsel for Durk Banks* | Robert A. Jones<br>Robert A. Jones PC<br>4101 Greenbriar, Suite 210<br>Houston, TX 77098<br>Email: office.rajoneslaw@gmail.com<br><br>*Counsel for David Lindsey* |
| Christy O'Connor<br>The Law Office of Christy O'Connor<br>360 East 2nd Street, Suite 800<br>Los Angeles, CA 90012<br>Email: christy@christyoconnorlaw.com<br><br>*Counsel for Durk Banks* | Craig A. Harbaugh<br>Harbaugh Law, PC<br>360 E. 2nd Street, Suite 800<br>Los Angeles, CA 90012<br>Email: craig@harbaugh.law<br><br>*Counsel for Deandre Wilson* |
| Shaffy Moeel<br>Moeel Lah Fakhoury LLP<br>2006 Kala Bagai Way, Suite 16<br>Berkeley, CA 94704<br>510-500-9994<br>Email: shaffy@mlf-llp.com<br><br>*Counsel for Asa Houston* | |

US v. Banks, et al., 24-621(B)-MWF
RE:  Government Initial 404(b) Notice
September 1, 2025
Page 2

        Re:    <u>United States v. Durk Banks, et al.,</u> CR No. 24-621(B)-MWF

Dear Counsel:

As discussed during the parties' meet-and-confer on August 13, 2025, we are writing to provide you with a preliminary notice pursuant to Rule 404(b) of the Federal Rules of Evidence regarding certain acts that the government intends to prove at trial in the above-referenced matter.

The government views the evidence described in Section I as direct evidence of and inextricably intertwined with the charges in the Second Superseding Indictment and therefore not subject to notice pursuant to Rule 404(b).  However, out of an abundance of caution, the government gives notice pursuant to this letter for the evidence described in Section I.

With this letter the government again requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.[1]

**I.**    <u>**Evidence Related to Durk Banks' Rivalry with Tyquian Bowman**</u>

The government intends to introduce evidence relating to defendant Durk Banks' motive, intent, preparation, and plan in: (i) seeking revenge on Tyquian Bowman a.k.a. Quando Rondo for Bowman's involvement in the death of Dayvon Bennett a.k.a. King Von on or about November 6, 2020; (ii) placing a bounty for Bowman's death and conspiring to kill Bowman in retaliation for Bennett's murder; and (iii) directing his co-conspirators to track, stalk, and kill Bowman in Blackshear, Georgia on or about May 2, 2021 and in Los Angeles, California on August 18-19, 2022.  This evidence includes, but is not limited to:

        1.    Surveillance footage and witness testimony related to the murder of Bennett in Atlanta, Georgia on November 6, 2020, including the fight between Bennett and Bowman prior to Bennett's murder (*see, e.g.*, Media_796-798);

---

[1] The government reserves the right to seek appropriate remedies for defendant's failure to comply with defendant's reciprocal discovery obligations, including by seeking to exclude the use of undisclosed discovery as evidence at trial or other evidentiary proceedings where a defendant may withhold discovery by inappropriately claiming it is "impeachment" material. *See, e.g., United States v. Scholl*, 166 F.3d 964, 972 (9th Cir. 1999) (excluding undisclosed checks at trial that defense made "'a strategic decision to withhold the [evidence]' until the government would be unable to fully investigate."); *United States v. Aceves–Rosales*, 832 F.2d 1155, 1156–57 (9th Cir. 1987) ("[defense counsel] made a strategic decision to withhold the document until after the close of the government's case. He and his client must accept the risk arising from this behavior.").

US v. Banks, et al., 24-621(B)-MWF
RE:  Government Initial 404(b) Notice
September 1, 2025
Page 3

      2.      Surveillance footage and witness testimony related to the attempted murder of Bowman in Blackshear, Georgia on or about May 2, 2021 (*see, e.g.*, USAO_00034896);

      3.      Defendant Banks' admissions showing the pressure he faced from fans to "slide for Von," *i.e.*, exact revenge for Bennett's death, including but not limited to:

          a.      Defendant's lyrics from the song "Who Want Smoke??" by Nardo Wick ft. Lil Durk, 21 Savage, & G Herbo: "They be on my page like 'Slide for Von', I know they trollin me" (*see* Media_518);

          b.      Defendant's statements in a podcast interview with DJ Akademiks on "Off The Record w/ Akademiks" in May 2023.  Specifically, after being asked about his rivalry with Bowman, and in response to the interviewer's question about whether defendant Banks was "triggered by the 'slide for Von' comments", defendant Banks responded, "For some reason I just don't see them comments no more . . . for some odd reason . . . might be the water. . . we here though, we different in the 'Raq." (*see* Media_493)[2];

      4.      Social media documenting the pressure that fans placed on defendant Banks to "slide for Von", including but not limited to:

          a.      Comments on defendant Banks' X account (@lildurk) post on April 20, 2022 stating "The voice & The moon #MOONPAY" (*see* Media_539);

          b.      Comments on defendant Banks' X account (@lildurk) post on April 23, 2022 stating "Rip king von".[3]

To the extent the Court determines these acts are neither direct evidence of or intertwined with the charges in the Second Superseding Indictment, these acts are admissible to show defendant Banks' motive, intent, preparation, plan, knowledge, identity, absence of mistake, and lack of accident.

## II.    Evidence Related to Durk Banks Directing and Ordering Violence Against Rivals

      1.      Evidence relating to defendant Banks' bounty for the killing Stephon Mack on January 27, 2022 as charged in *US v. Montgomery-Wilson, et al.*, Case No. 23-cr-546 (N.D. Ill.), including but not limited to: (i) surveillance footage of the shooting; (ii) text messages recovered from defendant Montgomery-Wilson's cellphone discussing payment from OTF and defendant

---

[2] In addition to the audio file that has been previously produced to you in discovery, the government will produce this podcast in video format.

[3] The government will produce screen captures of these comments in an upcoming production of discovery.

US v. Banks, et al., 24-621(B)-MWF
RE:  Government Initial 404(b) Notice
September 1, 2025
Page 4

Banks for the murder; (iii) a Facebook story from Montgomery-Wilson's account showing him holding money while a song by defendant Banks played in the background; and (vi) DNA and fingerprint analysis linking defendants Montgomery-Wilson and Powell to the shooters' vehicle. *See, e.g.,* USAO_00036746-USAO_00036817.

2. Evidence that defendant Banks and others involved in the murder of S.R. sought to exact revenge on another rival of defendant Banks at defendant Banks' direction. Specifically, in April 2023, text messages by and between defendant Banks and OTF members, including defendant Deandre Wilson, Antonio Jones a.k.a. Boonie Mo, and PW-1, show defendant Banks' feud with O-Block member Munna Duke over defendant Banks' belief that O-Block members were not properly retaliating for Bennett's death. In the thread, defendant Banks states "I'm finna pipe it up," to which Boonie Mo responds "Blood it's green [emoji of car and green light] getting shit together now no phones." *See* Media_651_1B74_iPhone 13_Tags at pg. 216. As set forth in cooperator discovery produced to you, the government expects PW-1 will testify that, in response to defendant Banks' direction to exact revenge on O-Block members, PW-1 and Boonie Mo purchased a vehicle with funds from defendant Banks to travel to O-Block and kill whatever O-Block members they could find. PW-1 is also expected to testify that PW-1 would have been expected to be paid by defendant Banks for anyone the conspirators killed, but that the conspirators did not go through with the plan because of police presence in O-Block.

3. Evidence that defendant Banks and others OTF members involved in the murder of S.R. discussed violence against another rival of defendant Banks at defendant Banks' direction. Specifically, an April 2023 text message thread between defendant Banks, defendant Wilson, Boonie Mo, and Devonshe Collier a.k.a. Zoo, wherein defendant Banks sends a screenshot of an Instagram message he sent to Richard Ramsey (@richo_lamron300) that says "I got them hunting you up ads better have 3ski mask on." *See* Media_651_1B74_iPhone 13_Tags at pg. 1307.

4. An April 2023 audio voice message from defendant Banks' close associate, Boonie Mo, to PW-1. *See* Media_822_PW1_iPhone13_Tags at pg. 293. In the voice message, Boonie Mo conveys direction from OTF's leader defendant Banks --- referred to by his alias "Blood" --- about how defendant Banks wants money spent, including "he want people to get sliders and stuff like that for sure," referring to vehicles used to commit criminal activity.

5. Defendant Banks' admissions in lyrics about paying for bounties and directing violence including:

 a. "Ahh Haa" by Lil Durk: "Smurk, slide slide slide. Don't respond to shit with Von (yeah-yeah-yeah), I'm like, 'fuck it, you trippin', go get your gun' (let's get it, get, gun), They droppin' locations, I'm getting' it done (woo-woo-woo, gang), Fuck tweetin', we slidin', the feds are comin' (yeah-yeah-yeah, man, what?)  (*see* Media_505);

 b. "Rumors" by Gucci Mane and Lil Durk: "I don't want no niggas who you catch, I want the one I paid for ... Trollin' ass, we shot your homie." (*see* Media_497): and

US v. Banks, et al., 24-621(B)-MWF
RE: Government Initial 404(b) Notice
September 1, 2025
Page 5

        c.    "Scoom His Ass" by Lil Durk (ft. Boonie Mo): "Popping traffic, we in Cali', ride through Beverly Hills with choppers ... dying to see the oppas"; "Bounty hunter, he ready to crack that lil' bitch down to get her off." (*see* Media_651_1B74_iPhone 13_Tags at pg. 2496).

These acts are admissible to show defendant Banks' motive, intent, preparation, plan, knowledge, identity, absence of mistake, and lack of accident.

        \*    \*    \*

We reserve the right to supplement this notice as necessary before trial. Please let us know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

/s/

IAN V. YANNIELLO
GREGORY W. STAPLES
DANIEL H. WEINER
Assistant United States Attorneys