# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>DURK BANKS, et al.,<br><br>             Defendants. | No. CR 2:24-621(B)-MWF<br><br>ORDER GRANTING GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [233] |

The Court has considered the Government's Unopposed Ex Parte Application for Order Sealing Documents (the "Application"). (Docket No. 233). For good cause shown, the Application is GRANTED. The Court ORDERS the government's unredacted Motion to Empanel an Anonymous Jury, unredacted Declaration of Jarron Farmby, and Exhibit B to the Farmby Declaration filed and kept under seal until further order of the Court. IT IS FURTHER ORDERED that the government may publicly file redacted versions of its Motion to Empanel an Anonymous Jury and Declaration of Jarron Farmby.

IT IS SO ORDERED.

DATED: October 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

1