BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the
government's unredacted Omnibus Opposition to Defendant Banks'
Motion to Exclude and Defendant Wilson's Motion for Severance; and
Opposition to Defendant Banks' Motion to Suppress shall be kept
under seal until further order of the Court.

///

///

1

1    It is further ordered that the government may publicly file a

2 redacted version of its Omnibus Opposition to Defendant Banks'

3 Motion to Exclude and Defendant Wilson's Motion for Severance; and

4 Opposition to Defendant Banks' Motion to Suppress.

5

6

7 DATED: _____

8
                                         _____
                                         HONORABLE MICHAEL W. FITZGERALD
9                                        UNITED STATES DISTRICT JUDGE

10

11 **IN CASE OF DENIAL:**

12    The Government's Unopposed <u>Ex Parte</u> Application for Order

13 Sealing Documents is **DENIED.**  The underlying documents shall be

14 returned to the government, without filing of the documents or

15 reflection of the name or nature of the documents on the clerk's

16 public docket.

17

18 DATED: _____

19
                                         _____
                                         HONORABLE MICHAEL W. FITZGERALD
20                                       UNITED STATES DISTRICT JUDGE

21

22

23 Prepared by:

24 /s/_____
   DANIEL H. WEINER
25 Assistant United States Attorney

26

27

28

                                     2