BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
              greg.staples@usdoj.gov
              daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING UNDER SEAL EXHIBITS 1-6 AND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT DURK BANKS' MOTION TO DISMISS FOR VAGUENESS OR IN THE ALTERNATIVE FOR A BILL OF PARTICULARS |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

    Plaintiff United States of America hereby files this Notice of Lodging Under Seal Exhibits 1-6 and Supplemental Memorandum in Opposition to Defendant Durk Banks' Motion to Dismiss for Vagueness or in the Alternative for a Bill of Particulars (Dkt. 227).

    This filing is based upon the attached memorandum of points and authorities, the attached Exhibits 1-6 (Under Seal), the files and

1  records in this case, and such further evidence and argument as the
2  Court may permit.
3   Dated: November 14, 2025         Respectfully submitted,
4                                    BILAL A. ESSAYLI
                                     First Assistant United States
5                                    Attorney
6                                    ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
7                                    Acting Chief, Criminal Division
8
                                            /s/
9                                    IAN V. YANNIELLO
                                     GREGORY W. STAPLES
10                                   DANIEL H. WEINER
                                     Assistant United States Attorneys
11
                                     Attorneys for Plaintiff
12                                   UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

To assist the Court in resolving Defendant Banks' Motion to Dismiss for Vagueness or for a Bill of Particulars, the government hereby lodges under seal Exhibits 1-6.  Defendant Banks' Reply in Support of his Motion to Dismiss for Vagueness or for a Bill of Particulars (Dkt. 286) claims that "nowhere does the discovery set forth anything resembling a fixed or coherent theory of the 'time, place, and circumstances' of the 'bounty' allegations or the 'at the direction of' allegations."  (Reply at 7.)  The statement is not true.  For example, the government has produced discovery that explicitly states the time, place, and language used to convey the bounty to at least two different witnesses.  See Ex. 1 (at Bates_35015-16); Ex. 2 (at Bates_34923); see also Ex. 3 (at Bates_33070); Ex. 4 (at Bates_34950-51).  The discovery produced to defendants also explicitly states multiple examples of defendant Banks directing his co-conspirators to take actions in furtherance of the murder scheme.  See Ex. 5 (at Bates_37195-37200); Ex. 6 (at Bates_33244-48).  To the extent defense counsel believes these statements do not "resembl[e] a fixed or coherent theory" of this case, they have the right to present that argument to the petit jury.  For the reasons set forth in the government's previously filed opposition, the Court should deny this motion.