# EXHIBIT B

**From:** "Yanniello, Ian (USACAC)" <███>
**To:** "Lew, Justin (USMS)" <███>
**Cc:** "Weiner, Danny (USACAC)" <███>, MWF Staff <███>, MWF Staff <███>, "PDChambers███" <███>, CAC.JudicialSecurityUnit <███>
**Subject:** RE: Judge fitzgerald upcoming trial (Dirk BANKS reg ███)
**Date:** Tue, 25 Feb 2025 19:54:23 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

Deputy Lew,

Thank you for bringing this to our attention, too. We have asked our FBI team to reach out to you.

Thank you,

**Ian V. Yanniello | Assistant United States Attorney**
Chief | Terrorism and Export Crimes Section
United States Attorney's Office | Central District of California
1200 United States Courthouse | 312 North Spring Street | Los Angeles, California 90012
T: ███ | E: ███

---

**From:** Lew, Justin (USMS) <███>
**Sent:** Tuesday, February 25, 2025 11:27:35 AM
**To:** MWF Staff <███>; MWF Staff <███>
**Cc:** PDChambers███ <███>; CAC.JudicialSecurityUnit <███>; Weiner, Danny (USACAC) <███>
**Subject:** Judge fitzgerald upcoming trial (Dirk BANKS reg ███)

Good morning, MWF Staff,

As discussed, this morning regarding the inappropriate communications that was left on the voicemail for Judge Donahue's chambers regarding Durk BANKS case is attached to this email.

Currently our case number is ███. We have opened it as an initial assessment to determine who the caller was and to identify if a violation of 18 USC 1503 occurred.

USMS JSU advises Judge Fitzgerald and Judge Donahue chamber staff to please inform us if any inappropriate communication is received regarding BANK's court proceedings. I will keep both chambers updated should any significant relevant information is developed.

If there are any questions or concerns, please feel free to contact me anytime. Thank you and have a nice day.

Respectfully,

Justin Lew
Deputy U.S. Marshal

United States Marshals Service
C/CA- Los Angeles Office
C: ▮

**From:** MWF Staff <▮>
**Sent:** Tuesday, February 25, 2025 9:41 AM
**To:** Lew, Justin (USMS) <▮>
**Cc:** MWF Staff <▮>
**Subject:** [EXTERNAL] RE: Judge fitzgerald upcoming trial

Hi Justin:

Please share the voicemails and any other information you have, including your threat case number, with MWF Staff and me. I will make sure Judge Fitzgerald is looped in.

Thank you.

MWF Staff



MWF Staff
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West First Street, Room 5250
Los Angeles, CA 90012-4565
Office: ▮   Fax: ▮
Email: ▮

**From:** MWF Staff <▮>
**Sent:** Tuesday, February 25, 2025 9:31 AM
**To:** MWF Staff <▮>
**Subject:** FW: Judge fitzgerald upcoming trial

**From:** Lew, Justin (USMS) <▮>
**Sent:** Tuesday, February 25, 2025 9:19 AM
**To:** MWF Staff <▮>
**Subject:** Re: Judge fitzgerald upcoming trial

**CAUTION - EXTERNAL:**

Okay, thank you for the information. When you are available please call me regarding inappropriate communications made to judge donahues work voicemail line over the weekend regarding the durks bank case.

United States Marshal Service
Los Angeles Office
Justin Lew
▮

**From:** MWF Staff <▮>
**Sent:** Tuesday, February 25, 2025 8:44:37 AM

To: Lew, Justin (USMS) <​​​​​​​​​​​​​​>
Subject: [EXTERNAL] RE: Judge fitzgerald upcoming trial

Good morning,

Yes, that trial, Grant, et al., is assigned to Judge Fitzgerald.
Trial is set for 10/14/2025 with a Pretrial Conference set for 8/11/2025.

Thank you,
MWF Staff




MWF Staff
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street, Room 4176
Los Angeles, CA 90012-4565
Office:   Fax:
Email:

From: Lew, Justin (USMS) <​​​​​​​​​​​​​​>
Sent: Tuesday, February 25, 2025 7:30 AM
To: MWF Staff <​​​​​​​​​​​​​​>
Subject: Judge fitzgerald upcoming trial

**CAUTION - EXTERNAL:**

Good morning, ma'am,

do you know if the durk banks murder for hire trial is assigned to judge fitzgerald? If so can you please give me a call when you can. Thank you.

United States Marshal Service
Los Angeles Office
Justin Lew

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.