BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental Memorandum in

///

///

1

Opposition to Defendant Banks' Motion in Limine to Exclude 404(b) Evidence shall be kept under seal until further order of the Court.

DATED: _____

```
                                    _____
                                    HONORABLE MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE
```

**IN CASE OF DENIAL:**

The Government's <u>Ex Parte</u> Application for Order Sealing Documents is **DENIED**.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

```
                                    _____
                                    HONORABLE MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE
```

Prepared by:

/s/ _____
DANIEL H. WEINER
Assistant United States Attorney