BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
     1400/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/3535/0813
     Facsimile: (213) 894-0142
     E-mail:    ian.yanniello@usdoj.gov
                greg.staples@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

     For good cause shown, IT IS HEREBY ORDERED that the government's unredacted Response to Defendant Durk Banks' Supplemental Brief in Support of its Motion to Exclude Proposed 404(B) Evidence shall be kept under seal until further order of the

//

//

1  Court.  It is further ordered that the government may publicly file
2  a redacted version of its Response.
3
4
5  DATED: _____
6
7                                               _____
                                                HONORABLE MICHAEL W. FITZGERALD
                                                UNITED STATES DISTRICT JUDGE
8
9  **IN CASE OF DENIAL:**
10      The Government's <u>Ex Parte</u> Application for Order Sealing
11 Document is **DENIED**.  The underlying document shall be returned to
12 the government, without filing of the document or reflection of the
13 name or nature of the document on the clerk's public docket.
14
15 DATED: _____
16
17                                              _____
                                                HONORABLE MICHAEL W. FITZGERALD
                                                UNITED STATES DISTRICT JUDGE
18
19
20 Prepared by:
21 /s/ _____
   DANIEL H. WEINER
22 Assistant United States Attorney
23
24
25
26
27
28

2