Name & Address:

Craig A. Harbaugh (SBN 194309)
Harbaugh Law PC
360 E. 2nd Street, Suite 800
Los Angeles, CA 90012
(213) 986-8656
Email: craig@harbaugh.law

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Deandre Wilson<br><br>DEFENDANT. | CASE NUMBER<br><br>2:24-CR-00621-MWF<br><br>**NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐  is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____  ☐ a.m. ☐ p.m.

in courtroom _____.

☐   is not approved.

☐   Other: _____

    An interpreter is  ☐ required  ☑ is not required.  Language _____
    Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____    _____    _____
Date                       Deputy Clerk                  Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.