Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-cr-00621-MWF-2 |
| v. | |
| Deandre Dontrell Wilson | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Maria A. Audero _____

on  June 3, 2026 _____ at  10:00 _____ ☑ a.m. ☐ p.m.

in courtroom  880 _____.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required ☑ is not required.  Language _____
Defendant is  ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

5/27/2026 _____ Marina M. C. _____ (213)894-0381 _____
Date                              Deputy Clerk                           Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation ☐ Interpreter's Office ☑ PSA.