# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 2:24-cr-00621-MWF-2    CourtSmart C/S 6/3/2026    Date: June 3, 2026

Present: The Honorable Maria A. Audero , U.S. Magistrate Judge

| Marina Moreno-Carrillo | Ian Yanniello | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Deandre Dontrell Wilson

☑ Present   ☑ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant:

Craig A. Harbaugh

☑ Present   ☐ CJA   ☑ Retd   ☐ DFPD   ☐ Not present

**PROCEEDINGS:  DETENTION HEARING**     ☐ Contested detention hearing is held.

☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED

☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☐ **Court sets bail at: $** _____ .     ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____ .

☐ Other: _____

**PROCEEDINGS:**     ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
        ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
    ☐ GRANTED     ☑ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to** ☐ **set at: $** _____

    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained.  See separate order.

☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list).     ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.

    ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☐ Other _____

Release Order Issued - Release No. _____

00 : 41

Deputy Clerk Initials MMC