CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:    (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>DURK BANKS, *et al*,<br>*Defendants*. | No. 2:24-cr-621(C)-MWF-2<br><br>STIPULATION RE: EXPEDITED BRIEFING SCHEDULE FOR DEFENDANTS WILSON AND LINDSEY'S RENEWED MOTION TO SEVER DEFENDANTS<br><br>Hearing Date: July 1, 2026<br><br>Hearing Time: 2:00 p.m.<br><br>Courtroom:    5A |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff United States of America, Defendant Deandre Wilson, and Defendant David Brian Lindsey, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 6, 2025, Defendant Wilson filed a Motion to Sever his trial from that of his co-defendants pursuant to Federal Rule of Criminal Procedure 14, ECF No. 230, in which Defendant Lindsey joined, ECF No. 249, and in which Defendant Houston joined, ECF No. 248;

WHEREAS, on February 26, 2026, the Court issued an order denying the prior motion to sever and continuing the trial in this matter to August 20, 2026, ECF No. 386;

WHEREAS, on June 3, 2026, the grand jury returned the Third Superseding Indictment (the "TSI"), ECF No. (pending), charging Defendants Banks, Wilson, Lindsey, and Houston with, among other offenses, Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1) (Count One), Conspiracy to Commit Stalking in violation of 18 U.S.C. § 371 (Count Two), and Use of Interstate Facilities to Commit Murder-For-Hire Resulting in Death in violation of 18 U.S.C. § 1958(a) (Counts Four and Five), and alleging that the February 5, 2019 events in Atlanta, Georgia, and the January 27, 2022 events in Chicago, Illinois, are acts of violence in furtherance of a racketeering enterprise referred to in the TSI as the "Banks Gang Enterprise";

WHEREAS, Defendants Wilson and Lindsey intend to file a renewed motion to sever defendants under Federal Rule of Criminal Procedure 14 in light of the changed charging and evidentiary posture reflected in the TSI;

WHEREAS, the parties have conferred regarding the briefing schedule for the renewed motion to sever and have agreed to an expedited briefing schedule that will permit the motion to be heard on July 1, 2026, in advance of the August 20, 2026 trial date;

WHEREAS, the proposed expedited schedule is more compressed than the default schedule under Local Rule 6-1, and the parties therefore stipulate to seek the Court's approval of the expedited schedule;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that the following expedited briefing schedule shall govern Defendants Wilson and Lindsey's renewed motion to sever defendants:

1.      Defendants' Motion to Sever Defendants shall be filed on or before June 10, 2026;

2. The Government's Opposition shall be filed on or before June 17, 2026;

3. Defendants' Reply shall be filed on or before June 24, 2026; and

4. The hearing on Defendants Wilson and Lindsey's renewed motion to sever defendants shall be held on July 1, 2026, at 2:00 P.m., in Courtroom 5A, before the Honorable Michael W. Fitzgerald.

IT IS SO STIPULATED.

Dated:  June 4, 2026                    */s/ Craig A. Harbaugh*

                                        CRAIG A. HARBAUGH

                                        Attorney for Deandre Wilson


Dated:  June 4, 2026                    */s/  Tillet Mills* per authorization

                                        TILLET MILLS

                                        Attorney for Brian Lindsey


Dated:  June 4, 2026                    TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States Attorney

                                        JENNIFER L. WAIER
                                        Chief Assistant United States
                                        Attorney & Chief, Criminal
                                        Division

                                        */s/  Ian V. Yanniello* per authorization
                                        IAN V. YANNIELLO
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        MICHAEL J. MORSE
                                        Special Litigation Counsel
                                        Criminal Division

DANIEL H. WEINER
Assistant United States Attorney
Deputy Chief, Transnational
Organized Crime Section