CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:   (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DURK BANKS, et al,<br>*Defendants*. | No. 2:24-cr-00621(C)-MWF-2<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the parties' stipulation, it is hereby ORDERED that the following expedited briefing schedule shall govern Defendants Deandre Wilson and David Brian Lindsey's renewed motion to sever defendants:

1.    Defendants' Motion to Sever Defendants shall be filed on or before June 10, 2026;

2.    The Government's Opposition shall be filed on or before June 17, 2026;

3.    Defendants' Reply shall be filed on or before June 24, 2026; and

4.      The hearing on Defendants' renewed motion to sever defendants shall be held

on July 1, 2026, at 2:00 p.m., in Courtroom 5A.

Dated: June __, 2026

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE