Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
6/3/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

Case Number  2:24-CR-621(C)-MWF          Defendant Number  2

U.S.A. v.  Deandre Dontrell Wilson          Year of Birth  1991

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  August 19, 2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange          [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino          [ ] Other _____

Citation of Offense  18 U.S.C. § 1958(a); 18 U.S.C. § 924(c), (j)

18 U.S.C. § 2261A(2)(A),(B); 18 U.S.C. § 371; 18 U.S.C. § 924(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [✓] Yes

IF YES, provide Name:  Daniel Nardoni

Phone Number:  626-578-9872

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the  3rd  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
05/01/2025

Case Number 24-621(B)-MWF

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Hon. Michael W. Fitzgerald

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*          [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes          [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    OTF DeDe, Threat, Big Threat, Deeski

_____

This defendant is charged in:

   ☑ All counts

   ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud      ☐ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☑ violent crimes/firearms         ☐ corporate fraud

☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:

  a. Date and time of arrest on complaint: _____

  b. Posted bond at complaint level on: _____

    in the amount of $ _____

  c. PSA supervision?    ☐ Yes    ☐ No

  d. Is on bail or release from another district:

  _____

Defendant is **in custody**:

  a. Place of incarceration:    ☐ State    ☑ Federal

  b. Name of Institution: _____

  c. If Federal, U.S. Marshals Service Registration Number: 43039-511

  d. ☑ Solely on this charge.  Date and time of arrest: 10/24/2024

  e. On another conviction:    ☐ Yes    ☐ No

    IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

  f. Awaiting trial on other charges:    ☐ Yes    ☐ No

    IF YES :    ☐ State    ☐ Federal    AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____20    _____21    _____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date    06/03/2026

_Signature_

Signature of Assistant U.S. Attorney

Daniel H. Weiner

Print Name