# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

DURK BANKS;
DEANDRE DONTRELL WILSON;
DAVID BRIAN LINDSEY;
ASA HOUSTON,

                Defendants.

Case No. CR 24-621(C)-MWF-02, 04

ORDER GRANTING STIPULATION RE: EXPEDITED BRIEFING SCHEDULE FOR DEFENDANTS WILSON AND LINDSEY'S RENEWED MOTION TO SEVER DEFENDANTS

The Court has considered the Stipulation Re: Expedited Briefing Schedule for Defendants Wilson and Lindsey's Renewed Motion to Sever Defendants (the "Stipulation"). (Docket No. 422). For good cause shown, the Stipulation is GRANTED. The Court ORDERS the following briefing and hearing schedule:

    1. Defendants Wilson and Lindsey's Renewed Motion to Sever Defendants (the "Motion") shall be filed on or before June 10, 2026.

    2. The government's Opposition to the Motion shall be filed no later than June 17, 2026.

    3. Defendants' Reply in support of the Motion shall be filed no later than June 24, 2026.

4.  The Motion will be heard on **July 1, 2026, at 2:00 p.m.**, in Courtroom 5A.

IT IS SO ORDERED.

Dated: June 5, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

-2-