NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Craig A. Harbaugh (SBN 194309)
Harbaugh Law PC
360 E. 2nd Street, Suite 800
Los Angeles, CA 90012
(213) 986-8656 email: craig@harbaugh.law

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-CR-00621-MWF-2 |
| v. | |
| Deandre Wilson | |
| | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Deandre Wilson
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or

☑ Magistrate Judge Maria A. Audero _____ by order dated: June 3, 2026

    ☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

    ☐ A hearing is being sought before Magistrate Judge Maria A. Audero as there is new information to be presented that was not considered by the previous judicial officer; or

    ☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Mr. Wilson requests release on bond on the following conditions: (1) affidavit of surety with justification (property), stepfather, $40,000; (2) affidavit of surety without justification, sister, $50,000; (3) affidavit of surety without justification, cousin, $50,000; (4) all standard conditions of release; (5) any other conditions the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on June 22, 2026 _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

May 21, 2026
Date

/s/ Craig A. Harbaugh, Attorney for Deandre Wilson
Moving Party

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)