UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 24-621(C)-MWF**                                    Dated: July 1, 2026

=================================================================

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Daniel H. Weiner |
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
| | | Michael J. Morse |
| | | Asst. U.S. Attorneys |

=================================================================

U.S.A. v. Grant, et al. (Dfts listed below)        Attorneys for Defendants

2.    Deandre Dontrell Wilson              2.    Craig A. Harbaugh
      Present - Custody                          Present - Retained
4.    David Brian Lindsey                  4.    Tillet J. Mills, II.
      Present - Custody                          Present - Retained
5.    Asa Houston                          5.    Anthony Solis and Amy Fan
      Present - Custody                          Present - Appointed

PROCEEDINGS:        **DEFENDANTS WILSON'S AND DEFENDANT LINDSEY'S
                    RENEWED MOTION TO SEVER [430]; DEFENDANT
                    HOUSTON'S MOTION TO SEVER DEFENDANTS;
                    MOTION TO CONTINUE [437]**

Case called and counsel make their appearances.  The hearing is held.

The Court hears invites oral argument from counsel on the motions [430] and takes the matter under submission.  For reasons stated on the record, the Court grants defendant Asa Houston's Motion to Continue Trial and the Motion to Sever [437] is denied without prejudice.

IT IS SO ORDERED.