UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 24-621(C)-MWF**                          Dated: July 1, 2026

===============================================================

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Daniel H. Weiner |
|---|---|---|
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
| | | Michael J. Morse |
| | | Asst. U.S. Attorneys |

===============================================================

U.S.A. v. Grant, et al. (Dfts listed below)        Attorneys for Defendants

2.    Deandre Dontrell Wilson              2.    Craig A. Harbaugh
      Present - Custody                          Present - Retained

PROCEEDINGS:        **DEFENDANTS WILSON'S REVIEW OF DETENTION ORDER [441]**

     Case called and counsel make their appearances.  Also present is U.S. Probation and Pretrial Services Officer, Vicky Castro.  The hearing is held.

     The Court hears invites oral argument from counsel and hears from Pretrial Services. For reasons stated on the record, the matter is taken under submission.

     IT IS SO ORDERED.

MINUTES FORM 6                                    C     Initials of Deputy Clerk __rs__
CRIM -- GEN                                                                    0:30