BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
312 N. Spring St.,  Los Angeles, CA 90012, Suite 1400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 2:24-621(D)-MWF |
| Durk Banks, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

1. Corrected Exhibit 5 to the government's Motion in Limine No. 5 (video exhibit)

**Reason:**

☐  Under Seal
☐  In Camera
☑  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Per Court order dated: _____
☐  Other:

August 5, 2026
_____
Date

Daniel H. Weiner
_____
Attorney Name

United States
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              NOTICE OF MANUAL FILING OR LODGING