BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
312 N. Spring St.,  Los Angeles, CA 90012, Suite 1400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v. | CR 2:24-621(D)-MWF |
| Durk Banks, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Under Seal:

1. Exhibits 1-3 to the government's Opposition to Defendant Banks' Motion to Suppress;
2. Exhibit 4 to the government's Opposition to Defendant Wilson's Motion in Limine to Exclude Expert Testimony; and
3. Government's Omnibus Opposition to Defendants' Motion to Exclude Government's Exhibits; attached Exhibit 5

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other: _____

| August 7, 2026 | Daniel H. Weiner |
|---|---|
| Date | Attorney Name |
| | United States |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING