TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
      1400/1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-3667/0813/7367
      Facsimile: (213) 894-0142
      E-mail:    ian.yanniello@usdoj.gov
                 michael.morse@usdoj.gov
                 daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:24-621(d)-MWF |
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [536] |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED that the following shall be kept under seal until further order of the Court:

    (i) Exhibits 1-3 to the Government's Opposition to Defendant Durk Banks' Motion to Suppress;

    (ii) Exhibit 4 to the Government's Opposition to Defendant Wilson's Motion *in Limine* to Exclude Expert Testimony; and

1

(iii) Government's Omnibus Opposition to Defendants' Motions *in Limine* to Exclude Government Exhibits and attached Exhibit 5.

DATED: August 10, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

**IN CASE OF DENIAL:**

The Government's Unopposed <u>Ex Parte</u> Application for Order Sealing Documents is **DENIED**.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney

2