BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/0813/7367
        Facsimile: (213) 894-0142
        E-mail:    ian.yanniello@usdoj.gov
                   michael.morse@usdoj.gov
                   daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          No. CR 2:24-621(D)-MWF

            Plaintiff,             GOVERNMENT'S *EX PARTE* APPLICATION
                                   FOR ORDER SEALING DOCUMENT;
            v.                     MEMORANDUM OF POINTS AND AUTHORITIES

DURK BANKS, et al.,

            Defendants.

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, hereby applies ex parte for an order directing that the government's draft witness list be kept under seal until further order of the Court.

//

//

This ex parte application is based upon the attached memorandum of points and authorities.

Dated: August 13, 2026                  Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        IAN V. YANNIELLO
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                             /s/
                                        IAN V. YANNIELLO
                                        MICHAEL J. MORSE
                                        DANIEL H. WEINER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to the Court's instruction at the August 13, 2026 hearing, Plaintiff United States of America requests that this Court seal the government's draft witness list.

The Court has inherent supervisory authority to seal documents in appropriate circumstances.  See <u>Nixon v. Warner Communications, Inc.</u>, 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Dated: August 13, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division


_____*/s/*_____
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3