BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division (Cal. Bar No. 265481)
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/0813/7367
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
          michael.morse@usdoj.gov
          daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DURK BANKS, et al.,<br><br>        Defendants. | No. CR 2:24-621(D)-MWF<br><br>ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT |

The Court has considered the government's Ex Parte Application for Order Sealing Document (the "Application"). (Docket No. 569). For good cause shown, the Application is GRANTED. IT IS HEREBY ORDERED that the government's draft witness list shall be kept under seal until further order of the Court.

DATED: August 14, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1