BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/0813/7367
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS, et al.,<br>Defendants. | No. CR 2:24-621(D)-MWF<br>[PROPOSED] ORDER |

For good cause shown, IT IS HEREBY ORDERED that the following shall be kept under seal until further order of the Court:

(i) Exhibits 1 and 2 to the government's Statement Regarding Reciprocal Discovery.

DATED: ____________________

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The Government's Unopposed Ex Parte Application for Order Sealing Documents is **DENIED.** The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: ______________________

______________________________
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/______________________
DANIEL H. WEINER
Assistant United States Attorney