UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No. **CR 24-621(D)-MWF** Date: August 18, 2026

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

Interpreter Not Applicable

| Rita Sanchez | Not Reported | Ian Yanniello, Michael J. Morse, and Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Deandre Dontrell Wilson | Not | X | | 2) Craig A. Harbaugh | Not | | X |
| 4) David Brian Lindsey | Not | X | | 4) Tillet J. Mills, II<br>Robert A. Jones | Not | | X |
| 6) Durk Banks | Not | X | | 6) Christy O'Connor<br>Drew Findling<br>Marissa H. Goldberg<br>Brian Steel | Not | | X |

**Proceedings: (IN CHAMBERS) ORDER RE: DEFENDANT BANKS'S MOTION TO EXCLUDE PROPOSED FRE 404(b) EVIDENCE [486]; DEFENDANT WILSON'S MOTION TO EXCLUDE OTHER ACT EVIDENCE [508]; DEFENDANT BANKS'S MOTION TO EXCLUDE GOVERNMENT EXHIBITS [518]**

Before the Court are three motions in limine (the "Motions") filed on July 28, 2026: Defendant Durk Banks's Motion to Exclude Rule 404(b) Evidence (Docket No. 486); Defendant Deandre Dontrell Wilson's Motion to Exclude Other-Act Evidence (Docket No. 508); and Banks's Motion in Limine to Exclude Government Exhibits (Docket No. 518). The Government filed an Omnibus Opposition on August 7, 2026. (Docket No. 551). Wilson filed a joinder to the motions filed by Banks (Docket No. 561), and Defendant David Brian Lindsey filed a joinder to all three Motions. (Docket No. 562).

The Court has considered the papers filed in connection with the Motions and held hearings on August 13, 2026, and August 18, 2026.

The Motions raise overlapping but exhibit-specific objections largely under Federal Rules of Evidence 401, 403, 404(b), and 801. The Court has considered the applicable standards and undertaken the required balancing. *See United States v. Curtin*, 489 F.3d 935, 958 (9th Cir. 2007) (requiring district courts to place the evidence's probative value and potential for unfair

prejudice "on the scales" before ruling under Rule 403); *see also United States v. Allen*, 159 F.4th 625, 635 (9th Cir. 2025) ("Even if the evidence is admissible under Rule 404(b), it remains subject to the general balancing test under Rule 403.").

The Court resolves the objections in these Motions in the following chart, which is incorporated into this Order:

| **Trial Ex.** | **Description** | **Court's Ruling** |
|---|---|---|
| 2 | 911 call on August 19, 2022, by unknown witness to shooting | Admit. |
| 10 | Excerpt of LASD body camera footage from crime scene | Admit as excerpted per Government's proposal at the hearing. |
| 11–13 | Additional excerpts of LASD body camera footage from crime scene | Moot as to videos.<br><br>Admit as to non-graphic screenshots. |
| 17 | TMZ footage of T.B.'s reaction | Admit. |
| 41 | Four autopsy photos of S.R. | Admit as to third photo only. |
| 42 | S.R.'s autopsy report | Moot. |
| 116 | Excerpt of messages between Banks and CC-3 of screenshot of Instagram post | Admit. |
| 117 | Excerpt of messages between Banks and CC-5 re: Breezy interview | Moot. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | | |
|---|---|---|
| 120 | Social media video depicting "Quando Rondo Challenge" | Admit. |
| 121 | Excerpt of messages between Banks and CC-3 re: "Country" transporting "pipes" | Admit. |
| 130–34 | Surveillance footage from November 6, 2020 | Admit. |
| 141 | Excerpt of unreleased "Redman" music video | Admit. |
| 143 | Screenshot from Million Dollarz Worth of Game Podcast featuring Banks with large amount of cash on February 17, 2022 | Admit. |
| 144 | Video allegedly taken during podcast filming featuring multiple individuals with firearms | Exclude. |
| 145 | Compilation of photographs of firearms seized from PW-2's iCloud account. | Admit. |
| 146 | Compilation of photographs of PW-2 and Banks from PW-2's iCloud account | Moot. |
| 148 | Screenshot of Von wearing OTF and O-Block chains in Von's "Welcome to My Neighborhood" video | Admit. |
| 149 | "Threats to Everybody" Video | Moot. |
| 150 | Photograph of Wilson wearing OTF chain | Moot. |
| 152 | Photograph of Banks, Wilson, and others with cash | Admit. |

| | | |
|---|---|---|
| 156 | Video of Banks and others during the filming of "Pissed Me Off" | Admit. |
| 157 | Video depicting Banks, Von, and PW-2 purchasing jewelry | Admit. |
| 159 | Photograph of Banks, Wilson, and others with cash | Admit. |
| 160 | Photograph of Banks with cash | Moot. |
| 161 | Video excerpt from Instagram Live depicting Banks with others | Moot. |
| 162 | Video Wilson took of himself inside vehicle | Moot. |
| 163 | Photograph of Houston and Banks's brother with text overlayed | Admit as redacted or substituted as stated at the hearing. |
| 164 | September 24, 2022, Instagram live video taken by Wilson | Admit as to Wilson only with limiting instruction. |
| 165 | Photograph of Wilson from Instagram account. | Admit. |
| 166 | Excerpt of Banks interview with DJ Akademiks dated May 23, 2023, re: snitches and rats | Admit. |
| 167 | Excerpt of Banks interview with DJ Akademiks dated May 23, 2023 re: NBA YoungBoy, Von | Admit. |
| 168 | Excerpt of Banks interview with DJ Akademiks dated May 23, 2023 re: "slide for Von" comments | Admit. |
| 169 | Excerpt of Banks interview with DJ Akademiks dated May 23, 2023 re: address | Admit. |
| 170 | YouTube podcast excerpt of Tekashi69 commenting on Von | Admit. |

**CRIMINAL MINUTES – GENERAL**

| | | |
|---|---|---|
| 178 | Photograph of PW-2 with Von | Admit. |
| 182 | Screenshots of music video for Wilson's "Block is Hot" | Admit. |
| 183 | Screenshots of music video for Wilson's "Seen it All" | Exclude. |
| 184 | Screenshots of videos for PW-1's "Federal Freestyle" | Admit. |
| 200 | Screenshot from Banks's cell phone | Admit. |
| 201 | Excerpt of Wilson Instagram messages re: "@quando_rando Where y'all pipe was at gang?" | Admit as to Wilson only with limiting instruction. |
| 202 | Excerpts of Banks and Wilson messages where Banks says "GDK" | Exclude. |
| 203 | Excerpts of Instagram messages from Lindsey and Wilson from February 22, 2022, and March 18, 2022 | Admit. |
| 204 | Excerpts of messages between Banks and manager | Admit. |
| 206 | Excerpt of CC-4 messages re: T.B | Admit. |
| 207 | Excerpt of CC-4 messages | Moot. |
| 208 | Excerpt of messages between Banks and CC-4 on August 19 and 20, 2022. | Admit. |
| 209 | Excerpt of messages between Banks and CC-4 | Admit. |
| 210 | Excerpt of messages between Banks and CC-4 | Moot. |
| 211 | Excerpt of messages between Banks and CC-4 | Moot. |
| 212 | Excerpt of messages between Banks and CC-4 | Moot. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | | |
|---|---|---|
| 213 | Excerpt of messages between Banks and CC-4 | Moot. |
| 214 | Excerpt of messages between Banks and CC-4 | Moot. |
| 216 | Excerpt of messages between Banks and others re: ATF investigation | Admit, sanitized as discussed at the hearing unless defense wishes to put the messages in a different light. The decision is for the defense. |
| 218 | Excerpt of messages and attachments | Admit as revised. |
| 219 | Excerpt of August 2023 messages between Banks and others | Admit. |
| 220 | Excerpt of April 2023 messages between PW-1 and Boonie Moe, including voice memo | Admit. Further, the Court reaffirms its prior ruling that the voice memo is admitted. |
| 221 | Excerpt of July 6, 2023 messages re: Wilson | Exclude. |
| 222 | Excerpt of messages | Moot. |
| 223 | Excerpt of messages re: guns | Exclude. |
| 225 | Screenshot from Von Instagram | Moot. |
| 226 | Screenshot from Von Instagram | Moot. |
| 293 | PW-1 handwritten note | Admit. |

Accordingly, the Motions are **GRANTED *in part*** and **DENIED *in part*** *as* set forth above.

IT IS SO ORDERED.