UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case No. CR 24-621(D)-MWF-2, 4, 6 Date August 20, 2026

Present: The Honorable Michael W. Fitzgerald, U.S. District Judge

Interpreter n/a

| Rita Sanchez | Amy Diaz | Ian V. Yanniello, Daniel H. Weiner, Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Deondre Dontrell Wilson | ☒ | ☒ | ☐ | 2. Craig A. Harbaugh | ☒ | ☐ | ☒ |
| 4. David Brian Lindsey | ☒ | ☒ | ☐ | 4. Tillet J. Mills, II. | ☒ | ☐ | ☒ |
| 6. Durk Banks | ☒ | ☒ | ☐ | 6. Christy O'Connor, Brian Steel | ☒ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | 6. Marissa Goldberg, Drew Findling | ☒ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ |

____ Day COURT TRIAL 1st Day JURY TRIAL ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day); X Held & continued; ____ Completed by jury verdict/submitted to court.

X The Jury is ~~impaneled and~~ sworn.

____ Opening statements made by ____

____ Witnesses called, sworn and testified.

____ Exhibits identified ____ Exhibits admitted

____ Government rests. ____ Defendant(s) ____ rest.

____ Motion for mistrial by ____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made ____ Court instructs jury ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused ____ Jury retires to deliberate ____ Jury resumes deliberations

____ Finding by Court as follows:

Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts

____ Jury polled ____ Polling waived

____ Filed Witness & Exhibit lists ____ Filed Jury notes ____ Filed Jury Instructions ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

____ Dft # ____ remanded to custody. ____ Remand/Release# ____ issd. ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X Case continued to August 21 ,2026 at 8:30 a.m. for further trial/further jury deliberation.

X Other: Court and counsel review questionnaire outside the presence of the jury.

5 : 40

Initials of Deputy Clerk rs

USM USPPO