UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AMENDED

**CRIMINAL MINUTES – GENERAL**

Case No. **CR 24-621(D)-MWF** Date: August 24, 2026

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

Interpreter Not Applicable

| Rita Sanchez | Amy Diaz | Ian Yanniello, Michael J. Morse, and Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Deandre Dontrell Wilson | X | X | | 2) Craig A. Harbaugh | X | | X |
| 4) David Brian Lindsey | X | X | | 4) Tillet J. Mills, II | X | | X |
| 5) Asa Houston | X | X | | 5) Anthony Sols, Amy Fan | X | X | |
| 6) Durk Banks | X | X | | 6) Christy O'Connor<br>Drew Findling<br>Marissa H. Goldberg<br>Brian Steel | X | | X |

**Proceedings: FINAL PRETRIAL CONFERENCE (JT: 8-20-26)**
**Defendant Banks' Motion to Exclude Proposed 404(b) Evidence [486]**
**Defendant Banks' Motion to Exclude Government Exhibits [518]**
**Defendant Wilson's Motion to Exclude Other-Act Evidence [508]**
**Defendant Durk Banks' Motion to Dismiss Count Two of the Fourth Superseding Indictment [576]**

Case called and counsel make their appearances. The Motions and Pretrial Conference Hearing is held.

For reasons stated on the record, Defendant Wilson's Application for Review of Order of Detention (Docket No. 441) was DENIED.

Defendants Banks, Wilson, Lindsey, and Houston waived arraignment on the Fourth Superseding Indictment.

Counsel are directed to submit a proposed date for the "VICAR" trial. If counsel cannot agree on a date, the Government should advise the Court of the last available date under the Speedy Trial Act.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AMENDED
**CRIMINAL MINUTES – GENERAL**

The Government's Motion in Limine No. 6 (Docket No. 520) was GRANTED as to Exhibits 395 ("Back Again") and 396 ("Still Runnin"), which were ADMITTED.

The Court then admitted and excluded certain exhibits on the record and took the admissibility of other exhibits under submission. As to those outstanding exhibits, Defendant Banks's Motion to Exclude Proposed 404(b) Evidence (Docket No. 486), Defendant Banks's Motion to Exclude Government Exhibits (Docket No. 518), and Defendant Wilson's Motion to Exclude Other-Act Evidence (Docket No. 508) were taken under submission.

The Government's Motion to Empanel an Anonymous Jury (Docket No. 235) was withdrawn, and the Court will limit the true names of jurors to counsel. Defendant Banks's further request that juror names be shared with "Government agents" and the "defense team" (but still not with Defendants themselves) was taken under submission.

Defendants had no additional objections to the Court's proposed juror questionnaire.

Trial remains set for August 20, 2026, at 8:30 a.m.

IT IS SO ORDERED.

2:40/rs