UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case No. CR 24-621(D)-MWF-2, 4, 6 | Date August 27, 2026

Present: The Honorable Michael W. Fitzgerald, U.S. District Judge

Interpreter n/a

| Rita Sanchez | Amy Diaz | Ian V. Yanniello, Daniel H. Weiner, Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Deondre Dontrell Wilson | ☒ | ☒ | ☐ | 2. Craig A. Harbaugh | ☒ | ☐ | ☒ |
| 4. David Brian Lindsey | ☒ | ☒ | ☐ | 4. Tillet J. Mills, II. | ☒ | ☐ | ☒ |
| 6. Durk Banks | ☒ | ☒ | ☐ | 6. Christy O'Connor, Brian Steel | ☒ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | 6. Marissa Goldberg, Drew Findling | ☒ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ |

_____ Day COURT TRIAL    6th Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); X Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

_____ Government rests. _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made _____ Court instructs jury _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused _____ Jury retires to deliberate _____ Jury resumes deliberations

_____ Finding by Court as follows:

Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts

_____ Jury polled _____ Polling waived

_____ Filed Witness & Exhibit lists _____ Filed Jury notes _____ Filed Jury Instructions _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody. _____ Remand/Release# _____ issd. _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X Case continued to August 28 ,2026 at 8:15 a.m. for further trial/further jury deliberation.

X Other: Court and counsel discuss witnesses and exhibits outside the jury's presence. 7 : 10

Initials of Deputy Clerk rs

USM USPPO