BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
1400/1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3667/3535/0813
Facsimile: (213) 894-0142
E-mail: ian.yanniello@usdoj.gov
michael.morse@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP -8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS, et al.,<br>Defendants. | No. CR 24-621(D)-MWF<br>STIPULATION NO. 1 |

Plaintiff United States of America, and defendant DURK BANKS, both individually and by and through his counsel of record; defendant DEANDRE WILSON, both individually and by and through his counsel of record; and defendant DAVID LINDSEY, both individually and by and through his counsel of record, hereby stipulate as follows:

//

//

1. The parties agree that the following facts are true and conclusively established in this trial:

a. On July 11, 2021, law enforcement obtained a cell phone belonging to defendant DURK BANKS with phone number 815-483-6180, Apple ID "spotemgotem1@icloud.com," and Device Name "Durk's iPhone," in Braselton, Georgia;

b. On October 16, 2024, law enforcement seized a cell phone from defendant DURK BANKS, with phone number 954-592-8592 and Apple ID "thevoicebanks@icloud.com," pursuant to a search warrant in Miami, Florida;

c. On October 24, 2024, law enforcement seized a cell phone from defendant DURK BANKS with phone number 773-630-1061 and Apple ID "thevoice1031@icloud.com," pursuant to a search warrant in Miami, Florida;

d. On October 24, 2023, law enforcement seized two cell phones from Antonio Jones a/k/a "OTF Boonie Mo," one with phone number 224-334-8666 and Apple ID "booniemoe79@icloud.com"; and one with phone number 310-722-2096 and Apple ID "booniemoe79@icloud.com," in Douglas County, Nebraska.

//

//

//

2. The parties further agree not to contest the authenticity or foundation of the following categories/items of evidence produced by the government in discovery in this case:

a. Surveillance footage;

b. Jail calls;

c. Data from the Meta/Instagram account associated with defendant DEANDRE WILSON;

d. Data from the Meta/Instagram account associated with defendant DAVID LINDSEY;

e. Data from the Apple iCloud account associated with Jason Smith, processed with the Cellebrite application;

f. Data from the Apple iCloud accounts associated with David Saulsberry a/k/a "Doodie Lo," processed with the Cellebrite application;

g. Data from the Apple iCloud account associated with Asa Houston, processed with the Axiom application;

h. Data from the Apple iCloud account associated with Kavon Grant, processed with the Axiom application;

i. Data from the Apple iCloud account associated with Ola Allibalogun, processed with the Axiom application;

j. Data extracted from the iPhone seized from Antonio Jones a/k/a "Boonie Mo," processed with the Cellebrite application;

k. Data extracted from the iPhone belonging to defendant DURK BANKS on July 11, 2021, in Braselton, Georgia, and processed with the Cellebrite application;

l. Data extracted from the iPhone seized from defendant DURK BANKS on October 24, 2024, in Miami, Florida, and processed with the Cellebrite application; and

m. Data extracted from the iPhone seized from defendant DEANDRE WILSON on October 24, 2024, in Chicago, Illinois, and processed with the Cellebrite application.

3. The admissibility of any data/exhibits from the above-described items are subject to objections not based on authenticity or foundation.

//

//

//

4. The parties agree that only Paragraphs 1 should be read to the jury and introduced into evidence at trial.

IT IS SO STIPULATED.

Dated: August 24, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER

Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 8/24/26

DREW FINDLING
MARISSA GOLDBERG
BRIAN STEEL
CHRISTY O'CONNOR
Attorneys for Defendant
DURK BANKS

I have read this stipulation, and I have carefully discussed every part of it with my attorney. I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

DURK BANKS
Defendant

8/24/26
Date

Dated: 8/24/26

CRAIG HARBAUGH
Attorney for Defendant
DEANDRE WILSON

I have read this stipulation, and I have carefully discussed every part of it with my attorney. I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

DEANDRE WILSON
Defendant

Date 8/24/

Dated:

TILLET MILLS
Attorney for Defendant
DAVID LINDSEY

I have read this stipulation, and I have carefully discussed every part of it with my attorney. I understand the terms of this stipulation and my right to confront witnesses regarding the facts and exhibits described herein, and I knowingly waive that right and voluntarily agree to the terms of the stipulation.

DAVID LINDSEY
Defendant

Date 8/24/26