# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 09/09/26 Time: 2:24

Case Name: *United States v. Deandre Dontrell Wilson, David Brian Lindsey, and Durk Banks*

Case Number: CR 24-621(D)-MWF

FILED
CLERK, U.S. DISTRICT COURT
09/09/26
CENTRAL DISTRICT OF CALIFORNIA
BY: smom DEPUTY

**JURY NOTE NO.** 1

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

The jury wants to know if we can receive ~~the~~ all evidence in digital form, please? If possible.

We will have digital copies for you by tomorrow at 8:30 a.m., and later today if possible.
[signature], USDJ

09/09/26
Date

[redacted]
Signature of Foreperson of the Jury