FILED
CLERK, U.S. DISTRICT COURT
SEP 10 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Date: 09/10/26 Time: 9:00 am

Case Name: *United States v. Deandre Dontrell Wilson, David Brian Lindsey, and Durk Banks*
Case Number: CR 24-621(D)-MWF

**JURY NOTE NO.** 3

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

The jury is asking for the definition of the word "intent" in the context of "intent to kill, injure, harass, or intimidate. (Lines 8-9 on pg. 31)

09/10/26
Date

[redacted]
Signature of Foreperson of the Jury