# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No. CR 24-621(D)-MWF-2, 4, 6 Date September 10, 2026

Present: The Honorable Michael W. Fitzgerald, U.S. District Judge

Interpreter n/a

| Rita Sanchez | Amy Diaz | Ian V. Yanniello, Daniel H. Weiner, Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond |
|---|---|---|---|
| 2. Deondre Dontrell Wilson | ☒ | ☒ | ☐ |
| 4. David Brian Lindsey | ☒ | ☒ | ☐ |
| 6. Durk Banks | ☒ | ☒ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

| Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|
| 2. Craig A. Harbaugh | ☒ | ☐ | ☒ |
| 4. Tillet J. Mills, II. | ☒ | ☐ | ☒ |
| 6. Christy O'Connor, Brian Steel | ☒ | ☐ | ☒ |
| 6. Marissa Goldberg, Drew Findling | ☒ | ☐ | ☒ |
| | ☐ | ☐ | ☐ |

___ Day COURT TRIAL 15th Day JURY TRIAL ___ Death Penalty Phase

___ One day trial; ___ Begun (1st day); X Held & continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ___

___ Witnesses called, sworn and testified.

___ Exhibits identified ___ Exhibits admitted

___ Government rests. ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made ___ Court instructs jury ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused ___ Jury retires to deliberate X Jury resumes deliberations

___ Finding by Court as follows:

Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts
Dft # found guilty on counts found not guilty on counts

___ Jury polled ___ Polling waived

___ Filed Witness & Exhibit lists ___ Filed Jury notes ___ Filed Jury Instructions ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

___ Dft # ___ remanded to custody. ___ Remand/Release# ___ issd. ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to September 11 ,2026 at 8:30 a.m. for further trial/further jury deliberation.

X Other: As stated on the record, Jury Notes 2 and 3 received and addressed.

2 : 00

Initials of Deputy Clerk rs

USM USPPO