**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>2) DEANDRE DONTRELL WILSON;<br>4) DAVID BRIAN LINDSEY,<br>Defendants. | Case No. CR 24-621(D)-MWF – 2, 4<br><br>ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS AND TO EXTEND THE TIME TO FILE MOTIONS UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 29(c) AND 33 |

The Court has considered the Stipulation to Set Briefing Schedule for Post-Trial Motions and to Extend the Time to File Motions Under Federal Rules of Criminal Procedure 29(c) and 33 (the "Stipulation"), filed by Plaintiff United States of America and Defendants Deandre Dontrell Wilson and David Brian Lindsey on September 21, 2026. (Docket No. 723). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. Pursuant to Federal Rule of Criminal Procedure 45(b)(1)(A), the time for Defendants Wilson and Lindsey to file motions under Rules 29(c) and 33 is EXTENDED to and including September 30, 2026.
2. The Government's written response to Defendant Wilson's *Brady* request shall be filed on or before September 30, 2026.

3. The Government's Oppositions to Defendants' motions under Rules 29(c) and 33 shall be filed on or before October 14, 2026.
4. Replies, if any, including Defendant Wilson's reply on the *Brady* request, shall be filed on or before October 21, 2026.
5. Defendants' motions and Defendant Wilson's *Brady* request will be heard on **October 28, 2026, at 3:00 p.m.**, in Courtroom 5A of the Mendez United States Courthouse.

IT IS SO ORDERED.

Dated: September 21, 2026

MICHAEL W. FITZGERALD
United States District Judge