# EXHIBIT A


08-19-2022 Fri 17:05:56

# EXHIBIT B-1


08-19-2022 Fri 17:01:33

# EXHIBIT B-2


08-19-2022 Fri 17:05:5

# EXHIBIT B-3


Mobil
6.69
6.79
6.89
Mobil Gasoline
Metro

# EXHIBIT C


CH 20
2022/03/19 16:23:51
1920x1080 10.0 S X1
0:00:23
0:00:17

# EXHIBIT D-1


CH 15
2022/08/19 16:23:51
1280x720 10.0 S X1
0:00:06
0:00:08

# EXHIBIT D-2


CH 15
2022/08/19 16:23:53
1280x720 10.0 S X1
0:00:08
0:00:06

# EXHIBIT E-1


CH 13
2022/08/19 16:23:50
1920x1080 10.0 S X1
0:00:26
0:00:17

# EXHIBIT E-2


CH 18
2022/08/19 16:23:53
1920x1080 10.0 S X1
00:29
00:43

# EXHIBIT E-3


CH 13
2022/08/19 16:23:55
1920x1080 10.0 S X1
0:00:32
0:00:11

# EXHIBIT F-1


CH 14
CH 15
CH 18
CH 20
00:23
01:01

# EXHIBIT F-2


CH 14
CH 15
CH 18
CH 20
00:25
01:01

# EXHIBIT G-1


0:03:50
0:00:34

# EXHIBIT G-2



# EXHIBIT G-3


0:03:52
0:00:32