# EXHIBIT L

# EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

Legend: D.D - Deandre Wilson ("DeDe")
B.T - Baby Threat
U.S - Unidentified Speaker

| Video Time | Speaker | Transcript |
|---|---|---|
| 00:00.01 --> 00:00.02 | D.D | I need a motherfucking line and a [Inaudible]. |
| 00:00.02 --> 00:00.05 | U.S | Go straight through, [Inaudible]. We'll kill you definitely. |
| 00:00.05 --> 00:00.06 | D.D | That right? |
| 00:00.06 --> 00:00.07 | U.S | That right? |
| 00:00.06 --> 00:00.07 | U.S | Yeah. |
| 00:00.07 --> 00:00.08 | D.D | That right? |
| 00:00.09 --> 00:00.10 | U.S | Hey. |
| 00:00.11 --> 00:00.12 | U.S | Yeah. |
| 00:00.11 --> 00:00.13 | U.S | [Inaudible] |
| 00:00.12 --> 00:00.13 | U.S | Roadblock. |
| 00:00.13 --> 00:00.14 | U.S | You know what we do. |
| 00:00.14 --> 00:00.16 | D.D | Roadblock. Do not answer. |
| 00:00.16 --> 00:00.18 | U.S | Do not answer on the block. |
| 00:00.18 --> 00:00.25 | D.D | I need a personal barber, man. Where the fuck Ted at, man? Come get a nigga right. Looking rough, Ted, man. Where that baber at? |
| 00:00.25 --> 00:00.26 | U.S | We need a ladder— |
| 00:00.27 --> 00:00.28 | D.D | Can't have me out here like this now. |
| 00:00.28 --> 00:00.29 | U.S | Fucking Ted. |
| 00:00.28 --> 00:00.30 | U.S | You already know, Ted, pull up. |

# EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| 00:00.31 --> 00:00.32 | D.D | Can't have me in the trenches like that, man. |
| 00:00.32 --> 00:00.34 | U.S | Bridge. You're shit still twisted up? |
| 00:00.34 --> 00:00.35 | U.S | Mm-hmm. |
| 00:00.34 --> 00:00.35 | U.S | Already. |
| 00:00.35 --> 00:00.38 | D.D | Can't have me in the trenches with them gang. The members. |
| 00:00.39 --> 00:00.44 | U.S | Where the fuck is Ted? [Inaudible] |
| 00:00.45 --> 00:00.48 | D.D | Where the baber at Breezo? |
| 00:00.48 --> 00:00.49 | U.S | [Inaudible] |
| 00:00.49 --> 00:00.51 | D.D | We need that barber for real. I'm looking rough. |
| 00:00.51 --> 00:00.52 | U.S | We need a barber up on these streets? |
| 00:00.52 --> 00:00.54 | D.D | Who love me enough to send me a barber on four and— |
| 00:00.57 --> 00:00.59 | U.S | Barber pull up on that 5-block. |
| 00:01.00 --> 00:01.04 | D.D | Child on, Child on. Where's all the gang members in here |
| 00:01.05 --> 00:01.06 | U.S | Yo, CBM, you a real nigga man. Where my nigga Zeno at? |
| 00:01.07 --> 00:01.09 | D.D | We ain't fucking with him. |
| 00:01.10 --> 00:01.18 | U.S | [Inaudible] Who the fuck with Slay. |
| 00:01.18 --> 00:01.20 | U.S | Hey there's a kid in that alley, come through breezy. |
| 00:01.20 --> 00:01.24 | D.D | Them boys on them blocks, boys hitting them blocks |
| 00:01.24 --> 00:01.28 | U.S | [Inaudible] |

**EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON**

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| 00:01.29 --> 00:01.30 | D.D | Show me how you really feel. |
| 00:01.31 --> 00:01.31 | U.S | [Inaudible] |
| 00:01.32 --> 00:01.37 | D.D | What the fuck? What's called up in there? Dope boy. Dope buddy. |
| 00:01.38 --> 00:01.38 | U.S | He on there? |
| 00:01.39 --> 00:01.40 | D.D | No. Yeah. I've just seen him pop in. |
| 00:01.40 --> 00:01.42 | U.S | [Inaudible] |
| 00:01.43 --> 00:01.50 | D.D | HB got the Drake. Emm. Emm. Emm. Emm. That's a song, by the way, man. Take shit out of context. Y'all ass weird. |
| 00:01.51 --> 00:02.20 | D.D | Chuck, What's up? Cousin. Here goes HB right here. HG, HB just joined. Fuck you, HB, slide, you ain't even popped out. There go the members right there, though. You know where we at. You know where we at, HB? Got my boy Jerry in trenches. Show me how you really feel. |
| 00:02.21 --> 00:02.22 | D.D | Yo. |
| 00:02.27 --> 00:02.36 | D.D | Put that stitch cord on your ass. I'mma spank your ass like. Fucking awe. Lroy did Dada's ass. |
| 00:02.42 --> 00:02.44 | D.D | They talking about DeDe and Murdaman, |
| 00:02.45 | U.S. | For sure that. |
| 00:02.46 | D.D. | Cool. |
| 00:02.48 --> 00:02.49 | D.D | Somebody roll up with me, man. |
| 00:02.50 --> 00:02.53 | U.S | [Inaudible] |
| 00:02.53 --> 00:02.54 | D.D | Roll up. |

**EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON**

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| | | *[Talking and laughing in background]* |
| 00:02.54 --> 00:02.56 | U.S | He is. It's 2:14, right there. |
| 00:02.55 --> 00:02.56 | D.D | Roll up, man. |
| 00:02.56 --> 00:02.57 | U.S | They better come through. |
| 00:02.57 --> 00:03.06 | D.D | Talking about— do not come on live set. No goofy shit. Go ahead and troll somebody else, clown. Straight up. |
| 00:03.07 --> 00:03.08 | D.D | Baby Threat, how you coming? They say, where Baby Threat at? |
| 00:03.09 --> 00:03.10 | U.S | [Inaudible] |
| 00:03.10 --> 00:03.11 | D.D | There's a lot of them out here, but— |
| 03:11 | | *Multiple people in video* |
| 00:03.12 --> 00:03.14 | B.T | They coming. Let's see. How they coming? How they coming? |
| 00:03.14 --> 00:03.16 | D.D | Baby Threat, man. Next blow— Y'all know how the fuck he coming. Bitch. |
| 00:03.16 --> 00:03.20 | B.T | Y'all know I'm coming. Hey, I'm coming, man. Y'all coming, man? How y'all coming? Y'all want me? How y'all—who y'all looking for? Y'all looking for me? |
| 00:03.21 --> 00:03.22 | U.S | Tell 'em. |
| 00:03.24 --> 00:03.29 | B.T | You know where we at? We on that same block we always be on. Every day. |
| 00:03.29 --> 00:03.29 | U.S | Every day. |
| 00:03.29 --> 00:03.31 | B.T | Shit ain't nothing new to us. We out here every |

**EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON**

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| | | day. |
| 00:03.31 --> 00:03.32 | D.D | Every day. |
| 00:03.32 --> 00:03.31 | B.T | Every day. |
| 00:03.32 --> 00:03.33 | D.D | Every day. |
| 00:03.32 --> 00:03.33 | U.S | Every day. |
| 00:03.33 --> 00:03.34 | D.D | What does Chief Kief say? Every day, man. Everyday. |
| 00:03.35 --> 00:03.36 | U.S | What day? What day, DeDe? |
| 00:03.37 --> 00:03.39 | D.D | Huh? Every day. Every day. Every day. |
| 00:03.39 --> 00:03.40 | U.S | Okay. Okay. Talk to him. |
| 00:03.40 --> 00:03.41 | D.D | They know what's going on. |
| 00:03.42 --> 00:03.43 | U.S | [Inaudible] |
| 00:03.44 --> 00:03.47 | D.D | Pull up. All game members. Tap in, man. We out here. What's up? |
| 00:03.47 --> 00:03.49 | U.S | There's a party on the block, bro. We out here on Forrest Hill [Inaudible] |
| 00:03.50 --> 00:03.52 | D.D | All game members. Opps, all of em— I don't give a fuck. Pop up. |
| 00:03.52 --> 00:03.53 | U.S | This is where the party, cuz. |
| 00:03.53 --> 00:03.54 | U.S | [Inaudible] |
| 00:03.54 --> 00:03.54 | D.D | This is a pop-up. |
| 00:03.54 --> 00:03.55 | U.S | [Inaudible] |
| 00:03.55 --> 00:03.56 | D.D | Pop up, man. Damn. Just come out. |
| 00:03.58 --> 00:04.01 | U.S | Party till 1:30 man. [Inaudible] |
| 00:04.03 --> 00:04.05 | D.D | Breezo, what they—what they ain't do, blood? |

**EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON**

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| 00:04.05 --> 00:04.08 | U.S | Hey—hey it's [Inaudible] birthday, we've got to speak to you. Look, check it out. |
| 00:04.09 --> 00:04.10 | D.D | Why they ain't send they load? |
| 00:04.10 --> 00:04.17 | U.S | Hey, look. Why the fuck y'all still ain't sent that load, man? Why the fuck that load still pending, man? |
| 00:04.17 --> 00:04.18 | D.D | Why they ain't send they load? |
| 00:04.19 --> 00:04.21 | U.S | Because we in the trenches every motherfucking day, and niggas know that. |
| 00:04.21 --> 00:04.23 | D.D | This shit is far from cancer. Bitch, we give out real smoke. |
| 00:04.23 --> 00:04.25 | U.S | Yeah. What they know, blood? |
| 00:04.25 --> 00:04.27 | U.S | Trenches in us, the real dope. |
| 00:04.28 --> 00:04.30 | D.D | Dancing on the net, man. He trying to get entertainment though. |
| 00:04.31 --> 00:04.32 | U.S | We left off in that danger zone. |
| 00:04.32 --> 00:04.33 | D.D | We left off in that danger zone. |
| 00:04.32 --> 00:04.38 | U.S | [Inaudible] because their ain't no changing us. Bitch, we armed and dangerous. We live and take. You can't bang with us. |
| 00:04.38 --> 00:04.43 | D.D | Hey, Breezy, what you on, Breezy? Like in that, Breezy, what you on? |
| 00:04.43 --> 00:04.45 | U.S | [Inaudible] |
| 00:04.45 --> 00:04.47 | D.D | He in the hood. That's what he on. Pull up. |
| 00:04.48 --> 00:04.49 | U.S | How you coming? Yeah. You want me to do all |

**EX. 164 - VIDEO EXCERPT FROM INSTAGRAM LIVE DEPICTING WILSON**

Case Name: *United States v. Deandre Wilson*, No. 2:24-cr-00621(C)-MWF (C.D. Cal.)

| Video Time | Speaker | Transcript |
|---|---|---|
| | | that. |
| 00:04.49 --> 00:04.51 | U.S | Fuck y'all niggas thinking things are fucked. |
| 00:04.52 --> 00:04.55 | D.D | Made his ass today. Fuck y'all think that nigga's famous. Fuck. |
| 00:04.56 --> 00:04.59 | U.S | [Inaudible] |
| 00:05.00 --> 00:05.02 | U.S | [Inaudible] |
| 00:05.03 --> 00:05.06 | D.D | I'm out of here. I'm out of here. Y'all don't know shit no more |
| 00:05.06 --> 00:05.08 | U.S | [Inaudible] |
| **END** | | |