CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel: (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS, *et al.*,<br>*Defendants.* | No. 2:24-cr-621-MWF-2<br>**DEFENDANT DEANDRE WILSON'S JOINDER IN DEFENDANT DAVID BRIAN LINDSEY'S MOTION FOR NEW TRIAL**<br>Hearing Date: October 28, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 5A |

TO THE HONORABLE COURT:

Defendant Deandre Wilson, by and through his counsel of record, Craig A. Harbaugh, hereby joins the following portions of filings by co-defendant David Brian Lindsey:

1. The motion for a new trial under Federal Rule of Criminal Procedure 33 in Defendant Lindsey's Renewed Motion for Judgment of Acquittal on Counts One, Two, and Three (Counts Two, Three, and Four of the Fourth Superseding Indictment) Pursuant to Federal Rule of Criminal Procedure 29(c) (ECF 732).
2. Defendant Lindsey's Reply (ECF 753).

Mr. Wilson joins only the Rule 33 motion, on the grounds set forth therein, and adopts by reference the legal arguments as they apply to him. Joinder is proper as the legal issues raised in the Rule 33 motion are equally applicable to Mr. Wilson and his defense in this matter. On Rule 29, Mr. Wilson relies on his own renewed motion for judgment of acquittal (ECF 735) and reply (ECF 754).

Mr. Wilson reserves the right to supplement further argument or evidence in support of the Rule 33 motion, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Dated: October 27, 2026

Respectfully submitted

*/s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Attorney for Deandre Wilson