UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No. **CR 24-621(D)-MWF** Dated: October 28, 2026

==============================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| Rita Sanchez<br>Courtroom Deputy | ECRO<br>Court Recorder | Ian V. Yanniello<br>Michael J. Morse<br>Daniel H. Weiner<br>Asst. U.S. Attorneys |

==============================================================

| U.S.A. v. Grant, et al. (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 2. Deondre Dontrell Wilson<br>Present - Custody | 2. Craig A. Harbaugh<br>Present - Retained |
| 4. David Brian Lindsey<br>Present - Custody | 4. Tillet J. Mills, II.<br>Present - Retained |
| 5. Asa Houston<br>Present - Custody | 5. Amy Fan<br>Present - Appointed |

**PROCEEDINGS: DEFENDANT DAVID BRIAN LINDSEY'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL ON COUNTS ONE, TWO, AND THREE (COUNTS TWO, THREE, AND FOUR OF THE FOURTH SUPERSEDING INDICTMENT) [732]; JOINDER [757]
DEFENDANT DEONDRE WILSON'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL [735]; JOINDER [758]**

Case called and counsel make their appearances. The Motion is held.

The Court hears invites oral argument from counsel on the motions and takes the matter under submission. An order will issue.

The Court will hear argument on the *Brady* Motion on November 4, 2026, at 2:30 p.m.

IT IS SO ORDERED.



Initials of Deputy Clerk rs
0:50